# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 178

In the Interest of D.H.H., a child

| | |
|---|---|
| Thomas A. Gehrz, Assistant State's Attorney, | Petitioner and Appellee |
| v. | |
| D.H.H., a child; S.H., father, | Respondents |
| and | |
| E.L.H., mother, | Respondent and Appellant |

## No. 20210238

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Jay D. Knudson, Judge.

AFFIRMED.

Per Curiam.

Haley L. Wamstad, State's Attorney (appeared), Jacqueline A. Gaddie, Assistant State's Attorney (on brief), and Samantha Schmidt (argued), under the Rule on Limited Practice of Law by Law Students, Grand Forks, N.D., for petitioner and appellee.

Benjamin C. Pulkrabek, Mandan, N.D., for respondent and appellant.

## Interest of D.H.H.
## No. 20210238

**Per Curiam.**

[¶1]   E.H. appeals from a juvenile court order terminating her parental rights to D.H.H. After a hearing on July 14, 2021, the juvenile court found D.H.H. was deprived, the deprivation was likely to continue, and the child had been in foster care for at least 450 out of the previous 660 nights under N.D.C.C. § 27-20-44 (now N.D.C.C. § 27-20.3-20). The court terminated E.H.'s parental rights.

[¶2]   On appeal, E.H. argues the juvenile court erred by finding there was clear and convincing evidence to terminate her parental rights. After reviewing the record, we conclude the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We conclude the court did not abuse its discretion in terminating E.H.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte